## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: CONDEMNATION BY THE
REDEVELOPMENT AUTHORITY OF
THE CITY OF YORK

APPROPRIATING IN FEE SIMPLE
CERTAIN LANDS OF JOHN E. AND
JOYCE E. GEARHART

LOCATED AT 319 CHESTNUT STREET,
IN THE CITY OF YORK, YORK COUNTY,
PENNSYLVANIA PARCEL NO.
12-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.00-00000

PETITION OF: REDEVELOPMENT
AUTHORITY OF THE CITY OF YORK

: No. 248 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.